O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SANTOS, ) | Case No. EDCV 11-01624 DDP (OPx) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING DEFENDANTS' MOTION** |
| ) | **TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. ) | |
| ) | |
| BANK OF AMERICA, N.A., ) | [Docket No. 7] |
| formerly doing business as ) | |
| COUNTRYWIDE HOME LOANS; ) | |
| RECONTRUST COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

    Presently before the court is Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion"). Because Plaintiff has not filed an opposition, the court GRANTS the Motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

    The hearing on Defendants' Motion was set for December 5,

2011.  Plaintiff's opposition was therefore due by November 14, 2011.  As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion.  Plaintiff's Complaint is dismissed.

IT IS SO ORDERED.

Dated: December 22, 2011

DEAN D. PREGERSON
United States District Judge